Judge Overstreet
Marysville/Everett
Hearing Date: 9-14-11
9:00 A.M.
Response Date: 8-24-11

UNITED STATES BANKRUPTCY COURT FOR THE EASTERN
DISTRICT OF WASHINGTON FOR SEATTLE

In re: )
)
JAMES ZARTMAN ) NO: 10-20115
) MOTION TO DISMISS
Debtor ) NOTICE 0F HEARING
_____ )

NOTICE OF HEARING

PLEASE TAKE NOTICE THAT HEARING WILL BE HAD ON THE DEBTOR'S MOTION TO DISMISS HIS CASE ON THE 14TH DAY OF SEPTEMBER, 2011 AT 9:00 A.M. BEFORE THE HONORABLE JUDGE KAREN OVERSTREET, AT THE UNITED STATES BANKRUPTCY COURT 1015 STATE AVENUE, EVERETT, WA

IF YOU OPPOSE THIS MOTION YOU RE REQUIRED TO SERVE YOUR RESPONSE TO THIS MOTION WITHIN 7 DAYS, OR THE COURT MAY GRANT THIS MOTION ON THE 8TH DAY, WITHOUT FURTHER NOTICE AND STRIKE THE HEARING.

DATED: 8-17-11

MOTION

COMES NOW THE DEBTOR, James Zartman, by and through his attorney, Caren Sassower and moves the Court for an order dismissing the instant proceeding pursuant to 11 USC 1307. Debtor has been advised of the consequences of this dismissal and believes it is in his best interest to dismiss the instant proceeding. One reason is that Debtor wishes to file a joint case with his spouse.

DATED: 8-17-11

     /s/Caren Sassower_____
Caren Sassower     #8683
Attorney for Debtors
3306 Wetmore Avenue
Everett, WA 98201
(425)259-9061

## VERIFICATION

I, James Zartman, have read the foregoing, noted the consequences thereof and believe the same to be true. I acknowledge that I have been advised of the consequences of dismissal. I am also requesting that attorney fees be paid to my attorney of $1,800; that the trustee be paid all of their fees and costs and that any remaining sums be returned to me.

/s/James Zartman_____.
James Zartman

## DECLARATION OF MAILING

Undersigned states and declares under penalty of perjury that she place the aforesaid notice and motion into the United States mail, first class mail postage prepaid and directed to all creditors with filed claims, transferees and those requesting special notice on the 17th day of August, 2011.

I declare under penalty pf perjury under the laws of the State of Washington that the foregoing statement is true and correct to the best of my knowledge and belief.

/s/Caren Sassower