K. Michael Fitzgerald, Trustee
Chapter 13 Bankruptcy Trustee
600 University St. #2200
Seattle, WA 98101
www.seattlech13.com

| Western District of Washington, Seattle | **Clerk Memo**<br>*January 09, 2012* | Phone: (206) 624-5124<br>Fax: (206) 624-5282 |
|---|---|---|

**IN RE:**                                                                                   Chapter 13 Case # 10-20115

James W Zartman                                                                    Deb 1 SSN: 539541838
3518 186 Pl Ne #B
Arlington, WA 98223

**Regarding:   Report of Unclaimed Funds**

The Trustee reports that the following is an itemized list of the unclaimed funds which are being paid to the Clerk of the Bankruptcy Court pursuant to 11 USC 347(a) and Bankruptcy Rules 3010 and 3011.

Refund to                                                            Check Number :      3125449
Caren Sassower
3306 Wetmore Ave                                              **Amount:**                         $1,800.00
Everett WA 98201

Sincerely,

*[signature]*

K. Michael Fitzgerald, Trustee
Dated: 01/09/2012

Case # 10-20115 / 0

rm142
Case 10-20115-KAO    Doc 38    Filed 01/11/12    Ent. 01/12/12 09:31:09    Pg. 1 of 1