UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON

In re

James Zartman

Debtor(s).

Case Number: 10-20115

Petition for Payment
Of Unclaimed Funds

1. I am petitioning to receive the total amount of $3,924.00 (Total of $500.00, $59.69, $473.86, $75.40, $868.14, $147.34, $1800.00), which is the total amount that was paid into the Court on by the case trustee on several dates (3/23/2009, 2/17/2010, 10/22/2010, 9/23/2011, 11/2/2011, 12/6/2011, 1/11/2012 respectively) as unclaimed funds on behalf of the following creditor/debtor:

> Marvin Dyson surviving spouse of Caren Sassower
> 15610 72nd Ave. W.
> Edmonds, WA 98026-4514
> Last four digits of SS# or Tax 6081

2. I believe I am entitled to receive the requested funds based upon the following [check the statement(s) that apply]:

__ a. I am the creditor/debtor named in paragraph 1, and the owner of the funds appearing on the records of this Court, as evidenced by the attached documents, including a current driver's license and social security card (if an individual).

X b. I am the attorney-in-fact for the creditor/debtor named in paragraph 1, with authority to receive such funds and am authorized by the attached notarized, original Power of Attorney to file this application on the behalf of creditor/debtor.

__ c. I am the assignee or successor-in-interest of the creditor/debtor named in paragraph 1, or the assignee's or successor-in-interest's representative, as evidenced by the attached documents establishing chain of ownership and/or assignment.

__ d. I am a duly authorized corporate officer (if a corporation) or a general partner (if a partnership) and a representative of the creditor/debtor named in paragraph 1, as demonstrated by the attached documentation, including, if applicable, the corporate seal.

__ e. I am the representative of the estate of the deceased creditor/debtor named in paragraph 1, as evidenced by the attached certified copies of death certificate and other appropriate probate documents which substantiate my right to act on behalf of the decedent's estate.

__ f. Subparagraphs (a) through (e) above do not apply. As evidenced by the attached documents, I am entitled to such monies because:

_____
_____
_____

3. I have no knowledge that any other party may be entitled to these funds and I am not aware of any dispute regarding these funds.

4. Pursuant to 28 U.S.C. § 2042, on <u>October 4, 2013</u>, I mailed a copy of this completed application (with all supporting documentation) to: U.S. Attorney, 700 Stewart Street, Ste 5200, Seattle, WA 98101-1271.

5. The creditor did not receive the dividend checks in the above case for the following reason: The original dividend checks were sent to a Caren Sassower at 3306 Wetmore Ave., Everett, WA

WAW 118.FI (1/12/2010)   Application for Payment of Unclaimed Funds

98201. That address is no longer valid. The change in mailing address may have prevented delivery of the original dividend check. Furthermore, Caren Sassower passed away on May 8, 2013 and is survived by her Husband, Marvin Dyson, as evidenced by Exhibit A.

I understand that, pursuant to 18 U.S.C. § 152, I may be fined not more than $5,000, or imprisoned not more than five years, or both, if I have knowingly and fraudulently made any false statements in this document or the accompanying supporting documents. I further understand that any indications of fraud detected by the Court will be turned over to the U.S. Attorney for possible prosecution.

**I declare (or certify, or verify, or state) under the penalty of perjury under the laws of the United States of America, that the foregoing statements and information are true and correct.**

Dated 10/4/2013      Petitioner's Signature _____
                     Petitioner's Name:    Brian J. Dilks, Managing Member
                                           Dilks & Knopik, LLC
                     Address:              35308 SE Center St
                                           Snoqualmie, WA 98065
                     Telephone number:     425-836-5728

NOTARY:

On this day, 10/4/2013, I certify that I know or have satisfactory evidence that <u>Brian J. Dilks</u> is the person who appeared before me, and said person acknowledged that he signed this instrument and acknowledged it to be his free and voluntary act for the uses and purposes mentioned in the instrument.

_____
Notary Public
My commission expires ~~July 29, 2014~~ August 9, 2015
Residing at <u>King County, WA</u>



WAW 118.FI (1/12/2010)        Application for Payment of Unclaimed Funds

Case 10-20115-KAO    Doc 40    Filed 10/17/13    Ent. 10/17/13 11:25:45    Pg. 2 of 3

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON

RE: James Zartman.

Debtor(s)

Case: 10-20115

**AUTHORITY TO ACT**
Limited Power of Attorney
**LIMITED TO ONE TRANSACTION**

### USED ONLY TO COLLECT FUNDS FROM THE ABOVE REFERENCED CASE

1. **Marvin Dyson (Surviving spouse of Caren Sassower)** ("CLIENT"), appoints **Dilks & Knopik, LLC** ("D&K"), as its lawful attorney in fact for the limited purpose of recovering, receiving and obtaining information pertaining to the outstanding tender of funds in the amount of **$1,800.00** (the "FUNDS"), including the right to collect on CLIENT's behalf any such funds that are held by a governmental agency or authority.

2. CLIENT grants to D&K the authority to do all things legally permissible and reasonably necessary to recover or obtain the FUNDS held by the governmental agency or authority. This limited authority includes the right to receive all communications from the governmental agency or authority and to deposit checks payable to CLIENT for distribution of the FUNDS to CLIENT, less the fee payable to D&K pursuant to and in accordance with its agreement with CLIENT.

3. D&K may not make any expenditure or incur any costs or fees on behalf of CLIENT without CLIENT's prior written consent.

4. This Authority to Act shall become effective on the below signed date and shall expire upon collection of the aforementioned FUNDS. I authorize the use of a photocopy of this Limited Power of Attorney in lieu of the original.

_____
Marvin Dyson (Surviving spouse)

Tax ID: XXX-XX-6081

_10-3_____, 20_13_
Date

### ACKNOWLEDGMENT

STATE OF _WA_ )    COUNTY OF _Snohomish_

On this _3rd_ day of _October_, _2013_ before me, the undersigned Notary Public in and for the said County and State, personally appeared (name) Marvin Dyson known to me to be the person described in and who executed the foregoing instrument, and who acknowledged to me that (circle one) he/she did so freely and voluntarily and for the uses and purposes therein mentioned.

WITNESS my hand and official seal.

NOTARY PUBLIC _____

Residing at _Bothell, WA_

My Commission expires _06-15-2015_